IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSEPH PAUL SIMCOX | ) CASE NO. 1:07CV0096 |
| | ) |
| Petitioner, | ) JUDGE BOYKO |
| v. | ) |
| | ) **AGREED JOURNAL ENTRY** |
| CLAIRE M. SIMCOX | ) *(Temporary Restraining Orders)* |
| | ) |
| Respondent. | ) |

This matter came before the Court on the 18th day of January, 2007, upon the Petition of Mr. Simcox and his request for Temporary Restraining Orders, and the agreement of the parties and the Court finds the agreement well taken and

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Petitioner and Respondent, be and they are hereby restrained and enjoined from removing the children: PS, CS, DS, and SS, currently in Mrs. Simcox' care and control, from the State of Ohio, during the pendency of this matter or until further Order of this Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Respondent, CLAIRE M. SIMCOX, be and she is further ordered to notify the Court and all counsel of any change in the principal residence of the children, until further Order of this Court. Respondent may petition this court for permission to temporarily remove the child from the State of Ohio should exigent circumstances arise.

IT IS SO ORDERED.

_____              Christopher A. Boyko
                                        _____
                                        JUDGE BOYKO

John D. Zoller (0034403)                Alan N. Hirth (0021953)
Zoller|Biacsi Co., L.P.A.               Meyers, Roman, Friedberg & Lewis
Attorney for Petitioner                 Attorney for Respondent, Claire Simcox

FILED

JAN 18 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND