UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PAUL SIMCOX, | ) | CASE NO.1:07CV096 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| CLAIRE M. SIMCOX, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On February 21, 2007, the Court held a telephone status conference. Pursuant to the discussions with counsel the Court grants Respondent's Motion for *In Camera* Interview of AS, PS, CS and DS. Petitioner will be permitted to question AS in open court as a fact witness. Parties shall fax to the Court proposed questions for the *in camera* interview of the children no later than Thursday, February 22, 2007. Parties will cooperate in good faith to depose, via telephone, Daniel Wepplo. The Court will conduct a telephone status conference on Friday, February 23, 2007 at 3:00 PM. The Court will initiate the phone conference with counsel. All responsive briefs and exhibits shall be submitted to the Court no later than Thursday, February 22, 2007. The Court shall bifurcate the trial, hearing evidence solely on the merits of the claims, while reserving evidence and arguments on the fees incurred for a later date.

IT IS SO ORDERED.

2/21/07
Date

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
FEB 21 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND