IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PAUL SIMCOX, | ) | CASE NO.  1:07CV0096 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| CLAIRE M. SIMCOX, | ) | |
| | ) | |
| Defendant. | ) | ORDER |

This matter came before the Court January 8, 2008 upon Counsel's Motion to Withdrawal as Counsel for Petitioner.  Upon due consideration thereof, the Motion is, granted.

IT IS THEREFORE ORDERED that John D. Zoller, Esq., of Zoller,Biacsi Col., L.P.A., is released as Counsel for Petitioner, Joseph Simcox.

IT IS FURTHER ORDERED that *pro se* Petitioner, Joseph Simcox, receive read-only access to correspondence, pleadings and communications filed in this matter via the Court's Electronic Case Filing, until such a time as a successor attorney enters an appearance on behalf of Petitioner.

For further instructions and access to the Court's Electronic Filing system, Petitioner shall contact Colleen Gallagher, Office of the Clerk, at (216) 357-7009.

     IT IS SO ORDERED.

                                       <u>s/Christopher A. Boyko</u>
                                       Christopher A. Boyko
                                       U.S. District Judge

January 10, 2008