**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH PAUL SIMCOX,** | ) | **CASE NO.1:07CV096** |
| | ) | |
| **Petitioner,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **CLAIRE M. SIMCOX,** | ) | **ORDER** |
| | ) | |
| **Respondent.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Petitioner's Motion for Immediate Relief Under the

Provisional Remedies of the Hague Convention Article 7(b) to have Interim Visitation Rights

With His Four Abducted Children PS, CS, DS and SS While the Case is Being Resolved (ECF

#63) and Petitioner's Motion for to Request Independent Court Ordered Psychological Testing of

the Simcox Children for Purposes of Questioning the Validity of Defendants Grave Harm

Defense and Discovering Other Possible Causes for the Childrens' PTSD (ECF #64).

Because the Remand Order of the Sixth Circuit was limited to the consideration of

undertakings and because the Sixth Circuit has definitively ruled that return of the children poses

a grave risk of harm, this Court is without authority to grant the relief sought by Petitioner.

Therefore, Petitioner's Motions are denied.

IT IS SO ORDERED.


 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge


July 22, 2008