**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH PAUL SIMCOX,** | ) | **CASE NO.1:07CV096** |
| | ) | |
| **Petitioner,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CLAIRE M. SIMCOX,** | ) | **ORDER** |
| | ) | |
| **Respondent.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Respondent's Motion to Strike Exhibits Attached to Petitioner's Motion to Decide Upon Proposed Undertakings in the Return of S.S. and D.S. to Mexico (ECF # 61) and Respondent's Motion to Strike Additional Exhibits Filed by Petitioner (ECF # 69).

Because 42 U.S.C. §11601 *et seq.* (the codification of the Hague Convention) contemplates relaxed evidentiary rules, including the elimination of authentication requirements, the Court will not strike the exhibits offered by Petitioner in support of undertakings. See 42 U.S.C. §11605.  Also, much of the evidence at issue was neither relevant nor new. Finally, the Court has ignored those exhibits evidencing Petitioner's attempt at settlement and complaints of lack visitation in its rulings.  Therefore, Respondent's Motions are denied.

   IT IS SO ORDERED.


                               S/Christopher A. Boyko
                               CHRISTOPHER A. BOYKO
                               United States District Judge

July 23, 2008